**CARPENTER, HAZLEWOOD,
DELGADO & BOLEN, LLP**
1400 East Southern Avenue, Suite 400
Tempe, Arizona 85282-5691
P. 480-427-2800; F. 480-427-2801
minuteentries@carpenterhazlewood.com
(Jonathan D. Ebertshauser - SBN 031689)
jonathane@carpenterhazlewood.com
(Ember Van Vranken – SBN 035594)
emberv@carpenterhazlewood.com
BRITGLOBAL.IQDATA.51
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amanda N. Jernigan,<br><br>Plaintiff(s),<br><br>vs.<br><br><br><br>IQ Data International, Inc.,<br><br>Defendant. | CASE NO.: 4:21-cv-00307-SHR<br><br><br>**DEFENDANT'S RESPONSE AND OBJECTION TO MOTION TO WITHDRAW AS COUNSEL**<br><br><br>**(Assigned to the Honorable Scott H. Rash)** |

Defendant I.Q. Data International, Inc. ("IQ Data"), by and through undersigned counsel, hereby submits its Response and Objection to Motion to Withdraw as Counsel. For the reasons discussed herein, IQ Data respectfully requests this court to deny the Motion to Withdraw as Counsel during this sensitive juncture in the case. In the event that the Court permits counsel for Plaintiff to withdraw as counsel of record, IQ Data respectfully requests that the Court retain

1

jurisdiction over counsel for the Plaintiff for the purposes of resolving the pending Rule 11 Motion for Sanctions as it applies to counsel for the Plaintiff.

Factors considered regarding a motion to withdraw as counsel include: "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." O*rman v. Cent. Loan Admin. & Reporting*, CV-19-04756-PHX-DWL, 2019 WL 4222339, at *3 (D. Ariz. Sept. 5, 2019), reconsideration denied, CV-19-04756-PHX-DWL, 2019 WL 4750131 (D. Ariz. Sept. 30, 2019). Moreover, the court has previously denied a motion to withdrawal when motions for sanctions against both counsel and their client was pending. *See Brown v. City of Glendale*, CV-18-01267-PHX-DWL, 2019 WL 3969901, at *1 (D. Ariz. Aug. 22, 2019) (noting that the court denied a prior motion to withdraw when such motion was filed during a "sensitive juncture" and stated that the request may be renewed after resolution of the pending motion).

Here, IQ Data filed a Rule 11 Motion for Sanctions on October 27, 2021 (after providing the required notice and twenty-one day safe harbor period). Plaintiff has not yet responded to the Rule 11 Motion for Sanctions. Moreover, Plaintiff's counsel may be subject to sanctions arising from the pending Rule 11 Motion and, therefore, should be actively involved in the briefing of that motion. *See* Fed. R. Civ. P 11(c)(1) (stating that "the court--on motion or on its own--may impose on the person who signed it, a represented party, or both, an appropriate sanction").

Based on the foregoing, the Motion to Withdrawal as Counsel should be denied at this time because approval during this sensitive juncture of the case is prejudicial to IQ Data and harmful to the administration of justice. Therefore, IQ Data respectfully requests the Court to deny the Motion to Withdrawal as Counsel. In the alternative, if the Court permits counsel for Plaintiff to withdraw as counsel of record, IQ Data respectfully requests this Court to maintain jurisdiction over counsel for Plaintiff with regard to the pending Rule 11 Motion for Sanctions.

RESPECTFULLY SUBMITTED this 2nd day of November, 2021.

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**

By: /s/ Ember Van Vranken
Jonathan D. Ebertshauser, Esq.
Ember Van Vranken, Esq.
1400 E. Southern Ave. Suite 400
Tempe, Arizona 85282
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Victor T. Metroff, Esq.
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
vmetroff@sulaimanlaw.com
*Attorney for the Plaintiff*

By: /s/ Theresa Laubenthal